**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v. CASE NO. 8:09-cr-585-T-24TBM

JOHN S. MORGAN

_______________________________/

# ORDER

John S. Morgan, pro-se, has filed a Motion for Early Termination of Supervised Release. (Doc. 484).

Defendant was sentenced on November 28, 2011 to 121 months of imprisonment followed by thirty-six months of supervised release for the crimes of conspiracy to defraud the United States and money laundering. (Doc. 337). He, along with his co-defendants, was ordered to pay restitution in the amount of $3,113,000.00. On July 20, 2012, an Amended Judgment was entered changing the restitution amount to $17,360,850.00. (Doc. 449). Defendant began his term of supervision on May 26, 2017 and is scheduled to terminate on May 25, 2020. Defendant states in his motion that he has satisfied his obligations, but he has not. The restitution obligation has not been satisfied.

Having considered all of the facts and circumstances, the Court finds early termination is not in the interests of justice. Defendant's motion for early termination of supervised release (Doc. 484) is **DENIED**.

**It is so ordered** this 30th day of April, 2019.

SUSAN C. BUCKLEW
United States District Judge

Copy: John S. Morgan

United States Probation Office