UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No. 8:09-cr-585-TPB-TBM

JOHN S. MORGAN, *et. al.*

**MOTION TO SUBSTITUTE VICTIM**

The United States requests, under 18 U.S.C. § 3663A(a)(1)–(2), that this Court enter an order substituting J.G.F. as the victim for Jack Godbee. *See* Doc. 387 at p. 7 and Doc. 449 at p. 9. At the time the Amended Judgments were entered, Jack Godbee was deceased. His wife and daughter were listed as the alternate contacts for his restitution payments. The United States was recently notified that Jack Godbee's wife, Betty Godbee, has since passed away. Jack and Betty Godbee's daughter, J.G.F., is their sole surviving heir. Accordingly, the United States requests that, going forward, J.G.F. receive all restitution payments belonging to her late father, Jack Godbee.[1]

[1] All documentation, including the J.G.F.'s contact information, will be provided to the Clerk.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: *s/Jordan G. Howard*
JORDAN G. HOWARD
Assistant United States Attorney
Florida Bar No. 1011791
Financial Litigation Program
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Telephone: (813) 274-6038
Facsimile: (813) 274-6247
E-Mail: FLUDocket.mailbox@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on October 21, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record and sent a copy via U.S. Mail to:

John S. Morgan
North Port, FL 34288

Marian I. Morgan, Reg. No. 74212-083
FCI Marianna
P.O. Box 7007
Marianna, FL 32447

*s/ Jordan G. Howard*
JORDAN G. HOWARD
Assistant United States Attorney